IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |  |
|---|---|---|
| AMERICAN INTERNATIONAL BIOTECHNOLOGY, LLC, A Virginia Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action Number 3:14cv00229 |
| NEVIN D. BREEDLOVE | ) ) | |
| Defendant. | ) | |

## AGREED ORDER

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time To File an Answer or Otherwise Respond to Plaintiff's Complaint, and for good cause shown, it is hereby ORDERED that Defendant's Motion be GRANTED.

Defendant Nevin D. Breedlove shall have up to and including June 15, 2014 to file an Answer or otherwise respond to Plaintiff's Complaint.

Signed: 5/23/14 /s/ _____
John A. Gibney, Jr.
United States District Judge